In the Matter of the Appraisal of the Estate of WILLIAM H. VANDERBILT, Deceased, under the Act in Relation to Taxable Transfers of Property.

WILLIAM K. VANDERBILT et al., Appellants; THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of Vanderbilt,* 58 App. Div. 619, affirmed.
(Argued April 16, 1901; decided April 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made February 25, 1901, which affirmed an order of the Surrogate's Court of the county of New York affirming a prior order assessing

a transfer tax upon a certain trust fund left by William H. Vanderbilt, deceased.

*Henry B. Anderson* for appellants.

*Jabish Holmes, Jr.,* and *Edgar J. Levey* for respondent.

Order affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.